# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CHRISTOPHER ANTHONY WORCESTER,

    Petitioner,
v.                                                       Case No. 19-13801

ANDREA ELIZABETH GRIEB,

    Respondent.
                                        /

## ORDER ADJOURNING HEARING, CONTINUING TEMPORARY RESTRAINING ORDER, AND SETTING DATE FOR SUBMISSION OF WITNESS AND EVIDENCE LISTS

On January 2, 2020, the court entered a temporary restraining order which required, among other things, that Respondent remain in the Eastern District of Michigan with the child subject to this petition pending a hearing. The court ordered Respondent to appear and show cause why permanent injunctive relief should not be entered and the child returned to the United Kingdom with Petitioner. That hearing was scheduled on February 3, 2020.

Both parties appeared at the hearing and were represented by counsel. During the hearing, Respondent asserted that she had still not yet been properly served and stated that she became aware of these proceedings only when contacted by a member of the press. Petitioner offered a different account of the process for service in this case, but both parties agreed that best course of action would be to continue the hearing, while keeping the TRO in effect, to allow the parties additional time to prepare their legal arguments, gather necessary evidence, and discuss the matter among themselves. Counsel for Respondent also requested additional time due to an upcoming surgery for

which he will need time to recover before he can prepare for this matter.

The court agreed that additional time was needed to adequately prepare this case and that the TRO should be continued pending further proceedings. On the record, the court inquired whether the parties would abide by the terms of the TRO pending the continuation of the hearing. Petitioner asserted that he would and stated that he had already submitted the required $1,000 bond. Respondent also stated that she would abide by the terms of the TRO and specifically acknowledged that she would not travel with the child outside of the Eastern District of Michigan and that she would deposit her travel documents, along with the child's documents, with the Clerk of Court pursuant to the terms of the TRO. Respondent further acknowledged her obligation to mount a defense to the petition.

Based on these representations, and for additional reasons stated on the record, the court will schedule a continuation of the show cause hearing. Until the continued hearing and further order of the court, all terms of the TRO will remain in effect. The court will extend the TRO to allow adequate time for counsel for Respondent to heal from surgery, Petitioner to make necessary travel arrangements, and for the parties to confer on this matter and prepare their cases. Accordingly,

IT IS ORDERED that the hearing is ADJOURNED until **Monday, March 2, 2020, at 3:00 PM**, at the United States District Court for the Eastern District of Michigan, Southern Division, Theodore Levin Courthouse, 231 West Lafayette Boulevard, Detroit, Michigan 48226. The number of the courtroom will be provided to the parties once determined. The parties should be prepared to present testimony, evidence, and legal

arguments in full support of their positions at the continuation of the hearing.

IT IS FURTHER ORDERED that the terms of the temporary restraining order REMAIN IN EFFECT until the continuation of the show cause hearing and unless altered by separate order of the court.

FINALLY, IT IS ORDERED that the parties SUBMIT tentative witness lists and brief descriptions of the evidence and arguments they intend to present at the hearing by **February 24, 2020**. The court expects to issue a final ruling and/or permeant injunction following the hearing.

s/Robert H. Cleland            /
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: February 4, 2020

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 4, 2020, by electronic and/or ordinary mail.

s/Lisa Wagner            /
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\HEK\Civil\19-13801.WORCESTER.continue.TRO.set.hearing.HEK.docx