# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

CHRISTOPHER ANTHONY WORCESTER,

    Petitioner,

v.                                                Case No. 19-13801

ANDREA ELIZABETH GRIEB,

    Respondent.
_____/

## JUDGMENT

Pursuant to the court's Opinion and Order dated March 25, 2020, it is hereby ORDERED AND ADJUDGED that this case is DISMISSED WITH PREJUDICE.

Dated at Port Huron, Michigan this 25th day of March 2020.

                                              DAVID J. WEAVER
                                              CLERK OF THE COURT

                             BY:     S/Lisa Wagner
                                             Lisa Wagner
                                             Case Manager and Deputy Clerk to
                                             Judge Robert H. Cleland
                                             (810) 292-6522

S:\Cleland\Cleland\HEK\Civil\19-13801.WORCESTER.judgment.HEK.docx